Jon A. Birmingham (Cal. Bar No. 271034)
jbirmi@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
20929 Ventura Boulevard, Suite 47403
Woodland Hills, California 91364
Telephone: (818) 650-1392
Facsimile: (312) 577-7007
*Attorney for Defendant,*

QUARTZ AUTO TECHNOLOGIES LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| LYFT, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>QUARTZ AUTO TECHNOLOGIES LLC<br><br>       Defendant. | Case No. 4:21-CV-01871-JST<br><br>**QUARTZ AUTO TECHNOLOGIES LLC'S RESPONSE TO PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Jon S. Tigar |

Pursuant to the Court's Order, April 21, 2021, [Dkt. 22] regarding Plaintiff's Administrative Motion to File Under Seal [Dkt. 4], Defendant Quartz Auto Technologies LLC ("Quartz") hereby notifies the Court that Quartz does not contest the filing in the public record of Exhibit A to Plaintiff Lyft, Inc.'s Complaint. Accordingly, the Court may proceed with denying the motion to seal as to the designated material.

Respectfully submitted,

Dated: April 23, 2021

 /s/ Jon A. Birmingham
Jon A. Birmingham (Cal. Bar No. 271034)
jbirmi@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
20929 Ventura Boulevard, Suite 47403
Woodland Hills, California 91364
Telephone: (818) 650-1392
Facsimile: (312) 577-7007

*Attorney for Defendant,*
QUARTZ AUTO TECHNOLOGIES LLC