Jeremy J. Taylor (SBN 249075)
BAKER BOTTS L.L.P.
101 California Street
Suite 3600
San Francisco, California 94111
Phone: (415) 291-6200
Fax: (415) 291-6300
Jeremy.taylor@bakerbotts.com

Elizabeth K. Boggs (SBN 280555)
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Phone: (650) 739-7500
Fax: (650) 739-7699
Betsy.boggs@bakerbotts.com

*Attorneys for Plaintiff Lyft, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUARTZ AUTO TECHNOLOGIES LLC, <br><br> Defendant. | Case No.4:21-cv-01871-JST <br><br> **NOTICE OF LODGING OF EXHIBIT A TO FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT OF NONINFRINGEMENT PREVIOUSLY FILED UNDER SEAL** |

1   Pursuant to Court Order Denying Motion to File under Seal (ECF No. 24) Plaintiff Lyft, Inc.

2   respectfully lodging Exhibit A to First Amended Complaint for Declaratory Judgment of

3   Noninfringement Previously Filed Under Seal (ECF No. 4-3).

Dated:  April 29, 2021                           Respectfully submitted,

**BAKER BOTTS L.L.P.**

*/s/ Jeremy J. Taylor*

Jeremy J. Taylor (SBN 249075)
BAKER BOTTS L.L.P.
101 California Street
Suite 3600
San Francisco, CA 94111
Tel: (415) 291-6200
Fax: (415) 291-6300
jeremy.taylor@bakerbotts.com

Elizabeth K. Boggs (SBN 280555)
betsy.boggs@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road
Building One, Suite 200
Palo Alto, California 94304
Phone: (650) 739-7500
Fax: (650) 739-7699
betsy.boggs@bakerbotts.com

*Attorneys for Plaintiff Lyft, Inc.*